BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RUDE

FILED

OCT 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLOTTE RUDE,<br><br>    Defendant. | No. CR-09-00758-TJB<br><br>STIPULATION TO CONTINUE;<br>[~~PROPOSED~~] ORDER CONTINUING<br>CASE AND EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of October 30, 2009 presently scheduled at 10:00 a.m., before the Honorable Timothy J. Bommer, be vacated and re-set for November 3, 2009 at 10:00 a.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

   The reasons for this request are twofold. Discovery was provided on October 21, 2009 and the defense requires additional time to review it with Ms. Rude; secondly, Ms. Rude had oral surgery on October 28, 2009. It was an invasive surgery involving the sinus. She is in pain and has trouble speaking. She does not feel well enough to be up and around.

   The parties agree and stipulate that the time until November 3, 2009 should be excluded, under 18 U.S.C. §3161(H)(4) and (7)(A) because of the defendant's physical

inability to appear, and because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date   10/29/09

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant RUDE

Date   10/29/09

JAMES MANN
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.
/S/ John Paul Reichmuth
Counsel for Defendant Rude

## ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial and that the defendant has a medical reason preventing her from fully participating in these proceedings.* The continuance is also necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to November 3, 2009 at 10:00 a.m., and that time is excluded from October 30, 2009 to November 3, 2009 pursuant to 18 U.S.C. §§3161(h)(4) and (7)(A).

IT IS SO ORDERED.

29 Oct. 2009
Date

HON. TIMOTHY J. BOMMER
UNITED STATES MAGISTRATE JUDGE

*No further continuance shall be allowed for medical reasons without supporting information and/or documents.

3